UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:20-cv-03075-KKM-AEP

IN RE:

PETITION OF JOHN WALLACE
AND BEVERLY WALLACE, as titled
 owners of and for the "ISLAND DIVA II",
a 2001 41' CARVER, hull identification
number CDRV8134G001, her engines, tackle,
and appurtenances, for Exoneration
from or Limitation of Liability

    Petitioners.
_____/

## **ORDER**

The Court has been advised that this case has been settled. Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within 60 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 60-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on May 20, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge